UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IVOCLAR VIVADENT, INC.,

       Plaintiff,

v.                 Index No.: 19-CV-00394-EAW

EMILY SEXTON and THE ARGEN
CORPORATION, INC.,

       Defendant.

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
             : ss.
COUNTY OF ERIE      )

    **Melissa N. Subjeck,** an attorney and partner duly authorized to practice law at the firm of Hodgson Russ LLP, affirms the following under penalty of perjury:

    On March 28, 2019, I caused to be served a copy of the Text Order filed at Dkt. 7 by Judge Wolford on March 28, 2019, upon the following individuals, by the mean indicated:

**Emily Sexton**
*(by Federal Express and E-mail)*
6233 11th Avenue South
Richfield, MN 55423
EMMY2311@gmail.com

**Brian D. Gwitt, Esq.**
*(by E-mail only)*
BGwitt@woodsoviatt.com

**Brook T. Barnes**
*(by E-mail only)*
Brook.Barnes@procopio.com

                              Melissa N. Subjeck

Sworn to before me
this 29th day of March, 2019

_____
Notary Public

WILLIAM SETH CALLERI
No. 02CA6287086
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Aug. 5, 20__

000161.01185 Litigation 15040246v1